```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF TENNESSEE
                              WESTERN DIVISION
```

SHAWANDA BRYANT,               )
                               )
        Plaintiff,             )
                               )
v.                             )     CASE NO. 12-2847-JTF/cgc
                               )
METHODIST HEALTHCARE,          )
                               )
                               )
        Defendant.             )
                               )

ORDER OF DISMISSAL

Based on the Joint Stipulation of Dismissal with prejudice entered by the parties on November 14, 2013, DE [18], the Court orders this case dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED** this 20th day of November, 2013.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE